C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52906.

Oct. 26, 1972.

Writ refused. Considering the written reasons of the trial judge the showing made does not warrant the exercise of our original or supervisory jurisdiction.

267 So.2d 727

Donald F. GUTELIUS, Jr.

v.

PHOENIX INSURANCE COMPANY et al.

No. 52902.

Oct. 26, 1972.

Application denied; there is no error in the judgment complained of.

SUMMERS, BARHAM and TATE, JJ., are of the opinion the writ should be granted.

267 So.2d 728

STATE of Louisiana ex rel.
Saul FONSECA

v.

NINETEENTH JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE.

No. 52850.

Oct. 31, 1972.

The application is denied. From the return of the District Attorney it now appears that the transcript of the evidence has been filed, and that the lodging of the appeal in this Court is awaiting the preparation of bills of exception by defense counsel; therefore this matter is now moot. Copies of the District Attorney's return is ordered to be sent to applicant and Richard B. Nevils, Attorney, Suite 208, American Bank Bldg., Baton Rouge, La.